# EXHIBIT 1



**McMurry UNIVERSITY**
P.O. Box 989728
West Sacramento, CA 95798-9728

Yolanda Fleming

December 23, 2024

# NOTICE OF SECURITY INCIDENT

Dear Yolanda Fleming:

McMurry University ("McMurry") writes to inform you of an event that involves your personal information. This letter provides information about the event, our response, and the resources available to you to help protect your information from possible misuse, should you feel it appropriate to do so.

**What Happened?** On June 20, 2024, McMurry became aware of suspicious activity involving our computer network and promptly began an investigation. The investigation determined that an unknown actor accessed certain systems in our network and copied certain files between June 18, 2024 and June 20, 2024. As a result, we conducted a detailed review of the affected files to determine the types of information present and to whom the information relates. We completed our analysis of the data on November 15, 2024 and have determined that the affected files contained some of your personal information.

**What Information Was Involved?** The personal information related to you in the affected files includes your name and the following: Social Security number.

**What We Are Doing.** We take this event and the security of information in our care seriously. We moved quickly to respond and investigate the suspicious activity, assess and secure our network, and notify potentially impacted individuals. As part of our ongoing commitment to information security, we are currently reviewing our policies and procedures, as well as assessing new cybersecurity tools, to reduce the likelihood of a similar future events.

As an added precaution, we are also offering 12 months of complimentary access to credit monitoring services through IDX. Individuals who wish to receive these services can enroll by following the enrollment instructions contained in the *Steps You Can Take to Help Protect Personal Information.* We are unable to enroll you on your behalf.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors. You may also review the information contained in the enclosed Steps You Can Take to Help Protect Personal Information. There you will also find more information on the complimentary credit monitoring and identity restoration services we are making available to you.